# EXHIBIT "3"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LORIE M. MONTAGUE, et al., | ) |
| | ) Case No.: |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| PARADIGM TRUCKING, LTD., et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF COMPLIANCE
## WITH 28 U.S.C. § 1446(d)

Defendants, Paradigm Trucking, Ltd. and Wayne H. Howe, by counsel, hereby certify that they have given written notice of the filing of their Notice of Removal to all parties in the above-captioned action and that it has filed a copy of the Notice of Removal with the Clerk of the Court of Common Pleas, Hancock County.

Dated this 11th day of February, 2022.

Respectfully submitted,

By: /s/ Todd A. Gray
Todd A. Gray, Esquire (0071568)
Demetrios P. Sintsirmas (0099467)
Lewis Brisbois Bisgaard & Smith, LLP
1375 E. 9th St., Suite 2250
Cleveland, OH 44114
Tel.: (216) 298-1269
Fax: (216) 344-9421
Todd.Gray@lewisbrisbois.com
Demetri.Sintsirmas@lewisbrisbois.com
Counsel for Defendants Paradigm Trucking,
Ltd. and Wayne H. Howe

2

        Michael T. Franz, *Pro Hac Vice*
        Lewis Brisbois Bisgaard & Smith, LLP
        550 West Adams Street
        Suite 300
        Chicago, Illinois 60661
        Michael.Franz@lewisbrisbois.com
        (312) 463-3329

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of Defendant's Certificate of Compliance was filed with the Clerk of the United States District Court for the Northern District of Ohio and served upon all counsel of record via electronic mail.

William E. Clark
Drake, Phillips, Kuenzli & Clark
301 South Main Street, 4th Floor
Findlay, OH 45840
Ph: 419-423-0242
Fax: 419-423-0186
wclark@findlaylaw.com
**Counsel for Plaintiff**

                                        **Lewis Brisbois Bisgaard & Smith, LLP**

                            By:    /s/ Todd A. Gray
                                    Todd A. Gray, Esquire

Date: February 11, 2022